AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ASHLEY KATHRYN CHILDRESS<br>DANIEL PAUL CHILDRESS<br><br>*Defendant(s)* | Case No.<br><br>1:24-mj-00019-CL |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/9/23, 1/21/24, 1/23/24  in the county of  Klamath  in the District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/Travis Lee

*Complainant's signature*

Travis Lee, SA, DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  10:30  a.m./p.m.

Date: 2/8/24

City and state:  Medford, Oregon

MARK D. CLARKE, U.S. Magistrate Judge

*Printed name and title*